UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ARLEENE DEJESUS, individually and
on behalf of all others similarly situated,  ,

    Plaintiff (s),

    v.

TRIZETTO PROVIDER SOLUTIONS, LLC,
and COGNIZANT TECHNOLOGY
SOLUTIONS CORPORATION,

    Defendant(s).

)
)
)
)
)
)
)
)
)

Case No.  4:26-cv-00523

## NOTICE OF INTENT TO USE
## PROCESS SERVER

Comes now _____Plaintiff_____ and notifies the court of the intent to use
    (Plaintiff or Defendant)

_____ABC Legal_____
(name  and address of process server)
1099 Stewart St. Suite 700 Seattle, WA 98101

To serve: TRIZETTO PROVIDER SOLUTIONS, LLC and COGNIZATION TECHNOLOGY SOLUTIONS CORPORATION _____in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

04/08/2026                                                    /s/ Amber L. Schubert

(date)                                                          (attorney for Plaintiff)


                                                              (attorney for Defendant)